UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KOONS, et al., | No. 2:15-cv-01291-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. | |

The court, having reviewed the qui tam plaintiffs' request to seal and the government's notice, orders as follows:

1. Plaintiffs' request is GRANTED.

2. The case shall remain under seal for sixty days from the filed date of this order.

IT IS SO ORDERED.

DATED: September 15, 2015.

_____
UNITED STATES DISTRICT JUDGE

1