# SEALED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD KOONS,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, SFPP, L.P., KINDER MORGAN OPERATING P.D. AND KINDER MORGAN G.P., INC.,<br><br>Defendant. | CASE NO. 2:15-cv-1291-KJM-EFB<br><br>**ORDER GRANTING THE UNITED STATES' REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT**<br><br>[UNDER SEAL] |

Upon consideration of the United States' *ex parte* application for an extension of the seal period and for good cause shown, the Court hereby rules as follows:

1. The United States shall have through and including April 20, 2016, to notify the Court of its decision on whether to intervene in this action;

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court;

3. Any status (pretrial scheduling) conference calendared is vacated, and shall be set for a time after the United States notifies the Court of its decision on whether to intervene in this action.

IT IS SO ORDERED.

DATED: November 3, 2015.

_____
UNITED STATES DISTRICT JUDGE

1