UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. EDWARD KOONS,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, SFPP, L.P., KINDER MORGAN OPERATING P.D. AND KINDER MORGAN G.P., INC.,<br><br>Defendant. | No.  2:15-CV-1291 KJM EFB<br><br><br>ORDER |

Upon consideration of the United States' *Ex Parte* Application to Partially Lift the Seal, the court HEREBY ORDERS as follows:

The United States may, at its option, disclose the existence of this *qui tam* action along with the allegations raised by Relator, and provide a copy of the complaint and any subsequent amended complaints filed to attorneys at the California Attorney General's Office ("CA AG Attorneys") who have advised of another *qui tam* action that may have been filed under the CA False Claims Act in state court by the same relator with defendants and conduct overlapping the present *qui tam* matter.

1

1    IT IS FURTHER ORDERED that the complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this court.

IT IS SO ORDERED.

DATED: November 16, 2015.

_____
UNITED STATES DISTRICT JUDGE