BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

MICHAEL D. GRANSTON
SARA MCLEAN
DAVID TYLER
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-3988
Fax: (202) 307-5788

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD KOONS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNION PACIFIC RAILROAD COMPANY, SFPP, L.P., KINDER MORGAN OPERATING P.D. AND KINDER MORGAN G.P., INC.<br><br>          Defendant. | 2:15-CV-1291 KJM EFB<br><br>**ORDER ON THE UNITED STATES' REQUEST FOR A SECOND EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT**<br><br>**FILED UNDER SEAL** |

   Upon consideration of the United States' *ex parte* application for a second extension of the seal period and for good cause shown, the Court hereby rules as follows:

   1. The United States shall have through and including October 20, 2016, to notify the Court of its decision on whether to intervene in this action;

2.  The complaint and all other filings shall remain under the seal provisions currently in effect until the United States notices its election, or until further order of this Court;

3.  Any status (pretrial scheduling) conference calendared is vacated, and shall be set for a time after the United States notifies the Court of its decision on whether to intervene in this action.

IT IS SO ORDERED.

DATE:  April 28, 2016

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON THE UNITED STATES' REQUEST FOR A SECOND EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT

2